COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| HORIZON REGIONAL MUNICIPAL | | |
| UTILITY DISTRICT, | § | |
| | | |
| Appellant, | § | |
| | | |
| v. | § | |
| | | |
| CITY OF SOCORRO, TEXAS, | § | |
| GUILLERMO GANDARA, SR., Mayor, | | No. 08-11-00093-CV |
| City of Socorro, Texas, GUILLERMO | § | |
| MADRID, JR., Counsel Person at Large, | | Appeal from the |
| City of Socorro, Texas, LUIS VARELA, | § | |
| Council Person District 1, City of Socorro, | | 34th Judicial District Court |
| Texas, GLORIA MACIAS RODRIGUEZ, | § | |
| Council Person District 2, City of Socorro, | | of El Paso County, Texas |
| Texas, MARY B. GARCIA, Council | § | |
| Person District 3, City of Socorro, Texas, | | (TC# 2010-3676) |
| JESUS GANDARA, JR., Council Person | § | |
| District 4, City of Socorro, Texas, | | |
| MANUEL SOTO, City Manager, City of | § | |
| Socorro, Texas, SAMUEL A. LEONY, | | |
| Director, City of Socorro, Texas, | § | |
| DEPARTMENT OF PLANNING AND | | |
| GERARDO ROCHEL, Building Inspector, | § | |
| City of Socorro, Texas, | | |
| | § | |
| Appellees. | | |

**MEMORANDUM OPINION**

The parties have filed an agreed joint motion to dismiss this appeal. *See* TEX.R.APP.P. 42.1(a)(1), 42.1(a)(2). The motion is granted, and this appeal is dismissed. Costs of appeal are assessed against Appellant. *See* TEX.R.APP.P. 42.1(d).

November 30, 2011

CHRISTOPHER ANTCLIFF, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.